UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TERESA LAVENDER, et al.,               No. 2:12-cv-00179-MCE-EFB

      Plaintiffs,

  v.                                   ORDER

JAGDEEP S. BAL, et al.,

      Defendants.

----oo0oo----

Plaintiffs Teresa Lavender, Cindy Lavender Copp, Steve Lavender and Henry Lavender ("Plaintiffs") initiated this action in the Superior Court of the State of California, County of Sutter, against, among others, Jagdeep S. Bal, M.D., and Ampla Health.  The United States subsequently substituted in as Defendant, removed the action to this Court and filed a Motion to Dismiss (ECF No. 6).  Plaintiffs failed to file an Opposition to the United States' Motion, and this Court consequently ordered Plaintiffs to show cause ("OSC") why this action should not be dismissed in its entirety.  See ECF No. 11.

///

In its Order, the Court warned Plaintiffs that a failure to respond to the OSC within a ten-day period would result in dismissal of this action upon no further notice to the parties. Plaintiffs thereafter failed to respond to this Court's Order. Accordingly, this action is hereby DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Eastern District of California Local Rule 110.  The Clerk of the Court is directed to close this case.

    IT IS SO ORDERED.

Dated:  March 22, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE